Kenneth **KELLNER**, Appellee,

v.

Leonard R. **SAYE**, Appellant.

No. 71-2571.

United States Court of Appeals,
Ninth Circuit.

April 2, 1973.

Morton Galane (argued), Miriam Shearing, Las Vegas, Nev., for appellant.

R. L. Gilbert (argued), Morrill, Neb., John H. Pilkington, Morris, Walker & Pilkington, Las Vegas, Nev., for appellee.

Before CHAMBERS and BROWNING, Circuit Judges, and KELLEHER,* District Judge.

PER CURIAM:

This jury case is here on appeal from a judgment entered after the granting of motions for directed verdicts.

We are satisfied that the trial judge applied the proper rule and had before him a proper record upon which to take the case away from the jury and to decide in appellee's favor. See Kellner v. Saye, 331 F.Supp. 846, 851 (D.Nev. 1971).

The judgment is affirmed.

**UNITED STATES** of America, Appellee,

v.

John Francis **HOLLY**, Appellant.

No. 71-1870.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 1973.

Decided April 9, 1973.

Norman N. Yankellow, Baltimore, Md., on brief for appellant.

Stephen H. Sachs, U. S. Atty., and Francis S. Brocato, Asst. U. S. Atty., on brief for appellee.

Before BOREMAN, Senior Circuit Judge, and WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

This appeal comes before us on a motion by the Government to dismiss or, in the alternative, for summary affirmance.

Upon consideration of the record and the brief filed by the appellant we find no error sufficient to warrant or command reversal. Therefore, we dispense with oral argument and grant the motion of the Government to dismiss the appeal.

* Honorable Robert J. Kelleher, United States District Judge, Central District of California, sitting by designation.